# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 29, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160967

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                  SC: 160967
                                  COA: 350635
                                  Ottawa CC: 18-042541-FH

ELI DOUGLAS VANECK,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 23, 2020 order of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Altantawi* (Docket No. 160436) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 29, 2020



s0526

                                      Clerk